IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CALEB TAM, et al.,

   Plaintiffs,

     v.

EUGENIA DAVIS, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-2707-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Clayton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Clayton County.

SO ORDERED, this 3 day of August, 2018.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge

T:\ORDERS\18\Tam\r&r.wpd